Pertaining to case # 5:23mj16-MJF

## AFFIDAVIT

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) having been so employed since January 19, 2021. As a SA, my duties include the investigation of violations of Titles 18 & 21 of the United States Code. I am currently assigned to the Joint Terrorism Task Force on Squad 7 in Panama City out of the Jacksonville Division. My focus is on examining various national security and counterterrorism matters, along with other federal criminal violations. Prior to my employment with the FBI, I served as a Patrol Officer First Class with the Albuquerque Police Department, where I was collaterally assigned as a medic for the Special Weapons and Tactics (SWAT) Team.

2. I make this affidavit in support of an arrest warrant for WALT SANDERS (SANDERS), a United States Citizen.

3. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that SANDERS has committed: (1) Driving Under the Influence with Property Damage, in violation of Fla. Stat. 316.193(3)(c)(1) and 18 U.S.C. §§ 7 and 13, and (2) Felony Fleeing or Attempting to Elude a Law Enforcement Officer, in violation of Fla. Stat. 316.1935 and 18 U.S.C. §§ 7 and 13.

4. The information contained in this affidavit is based upon my training and experience, personal knowledge, as well as knowledge, information, and documentation conveyed to me by other law enforcement officers and civilian witnesses who have first-hand knowledge of the events described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain all the information known to me concerning this investigation but contains only facts necessary to establish probable cause for the instant request.

### FACTS ESTABLISHING PROBABLE CAUSE

5. On or about March 22, 2023, at approximately 5:24 P.M., a white male, who was later identified as WALT SANDERS, was observed driving a gray 2013 Dodge Ram pickup truck. SANDERS drove toward the Airey Gate of Tyndall Air Force Base, Florida, after having been observed driving

RCVD USDC FLND PC
MAR 31 '23 AM9:19

Pertaining to case # 5:23mj16-MJF

    erratically by Security Forces Squadron (SFS) personnel. Prior to approaching the Airey Gate, law enforcement observed **SANDERS** approach the Tyndall Gate and then proceed to make a U-turn in the outbound lane. Tyndall Air Force Base is within the Northern District of Florida and the special maritime and territorial jurisdiction of the United States. When **SANDERS** approached the Airey Gate, a SFS patrol officer positioned his patrol unit behind **SANDERS'** vehicle. SFS patrol units on Tyndall Air Force Base are clearly marked and overtly identified as law enforcement vehicles, displaying the word "Police" on the vehicles. The gate in question had numerous signs posted, identifying the base as government property, and included a sign stating that no weapons are permitted on the property.

6. At approximately 5:25 P.M., the on-duty gate guard made contact with **SANDERS**. As the guard approached **SANDERS'** vehicle, the guard placed a "star" barrier in front of the vehicle. The gate guard requested identification from **SANDERS**, and it was determined that **SANDERS** was not a military member and did not have authorization to enter the installation. While speaking with **SANDERS**, the gate guard noticed a strong odor of alcohol emitting from the vehicle and observed **SANDERS** to have slurred speech and bloodshot watery eyes. Law enforcement noticed two weapons in **SANDERS'** vehicle in close proximity to him as well as two bottles of what law enforcement identified as vodka. Law enforcement requested additional units respond to the gate.

7. **SANDERS** was ordered to exit the vehicle, and instead, put his vehicle in drive and proceeded southbound past the gate, onto the Air Force Base, overcoming the "star" barrier. As this was occurring, law enforcement shouted for **SANDERS** to stop and drew a weapon.

8. At approximately 5:38 P.M., SFS personnel immediately initiated a high-speed vehicle pursuit of **SANDERS**. SFS personnel pursued **SANDERS** in their marked patrol units, displaying their decalcomania (decals), clearly identifying their vehicles as police vehicles being used in an official capacity. Officers involved in the pursuit activated their emergency equipment at the initiation of the pursuit, to include emergency lights and sirens, indicating for the vehicle operator to stop his vehicle and pull to the side of the road. The vehicles involved in the pursuit were outfitted with lights and sirens similar to

Pertaining to case # 5:23mj16-MJF

civilian police vehicles, which are easily discernable as law enforcement vehicles operating in an official capacity. **SANDERS** drove past the gate approximately one block, turned around, and exited the installation, travelling in the opposite lane of travel. In doing so, **SANDERS** broke the drop arm at the gate where he initially entered the installation. During this timeframe, all traffic was halted on the installation, which was significant at the time, and blockades were set-up.

9. Shortly thereafter, **SANDERS** drove eastbound onto Highway 98 in westbound lanes of traffic, out of the sight of the pursuing SFS officers. **SANDERS** then returned westbound in eastbound lanes, passing by the gate to the Air Force Base, eluding the officers who were in pursuit, and drove outside of Air Force jurisdiction. During the incident, law enforcement prepared to use deadly force if necessary.

10. At approximately 5:53 P.M., Parker Police Department (PPD) intercepted the suspect vehicle driven by **SANDERS** at the boat ramp parking lot located at 6600 Oakshore Drive, Parker, Florida 32404. **SANDERS** stopped his vehicle, exited the vehicle, disrobed, and was ultimately placed under arrest by PPD. **SANDERS'** vehicle was searched incident to arrest. During this incident, Bay County Emergency Medical Services (EMS), K-9, and Bomb Squad units responded as well.

11. During the search of **SANDERS'** vehicle, two pistols and one semi-automatic rifle were located. Each weapon was loaded, each with a round in the chamber.

12. At approximately 8:00 P.M., **SANDERS** was transported by PPD to Tyndall Air Force Base where he was administered a breath sample via intoxilyzer. The breath sample provided by **SANDERS** yielded a Breath Alcohol Content (BAC) well-above .15 or more grams of alcohol per 210L of breath.

13. **SANDERS** was ultimately booked into Bay County Jail on state charges. Due to his level of intoxication at the time of arrest, **SANDERS** was not interviewed by law enforcement until the next morning, wherein he was advised of his *Miranda* rights.

Pertaining to case # 5:23mj16-MJF

## CONCLUSION

Based on the foregoing facts, I submit there is probable cause to believe that on or about March 22, 2023, WALT SANDERS committed the offenses of (1) Driving Under the Influence with Property Damage, in violation of Fla. Stat. 316.193(3)(c)(1) and 18 U.S.C. §§ 7 and 13, and (2) Felony Fleeing or Attempting to Elude a Law Enforcement Officer, in violation of Fla. Stat. 316.1935 and 18 U.S.C. §§ 7 and 13.

Sean Roth, Special Agent
Federal Bureau of Investigation

Telephonically subscribed and sworn to before me on this 31st day of March, 2023, in Pensacola, Florida.

/s/ *Michael J. Frank*
Michael J. Frank
Chief United States Magistrate Judge